UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
A.C., *on behalf of herself and her minor child, J.V.*,   :
:
Plaintiff,   :
:     20-CV-4807 (JMF)
-v-   :
:     <u>ORDER</u>
NEW YORK CITY DEPARTMENT OF EDUCATION   :
   et al.,   :
:
Defendants.   :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

This case alleges claims under the Individuals with Disabilities Education Act, Title 20, United States Code, Section 1410 *et seq*.  The parties are hereby ORDERED to submit a joint letter, no later than **two weeks from the date of this Order** and not to exceed two pages, including the following information in separately numbered paragraphs:

(1) whether venue is proper in the Southern District of New York in light of the allegations that Plaintiff and her child live in the Eastern District of New York, where her child attended school, *see* ECF No. 1, ¶¶ 5, 47, 52, 55, 58, 64;

(2) whether there is any need for discovery or an initial conference in this case;

(3) if there is no need for discovery or an initial conference, a proposed briefing schedule for any motions, including motions for summary judgment; and

(4) whether there is anything the Court can do to facilitate settlement (such as referring the matter for a settlement conference before a Magistrate Judge or to the District's Mediation Program).

In accordance with the Court's Individual Rules and Practices, requests for an extension or adjournment may be made only by letter-motion filed on ECF and must be received at least 48 hours before the deadline or conference.  The written submission must state (1) the original date(s); (2) the number of previous requests for adjournment or extension; (3) whether these

previous requests were granted or denied; and (4) whether the adversary consents and, if not, the reasons given by the adversary for refusing to consent.

**Within two days of the date of this Order**, Plaintiff shall serve the Order electronically on counsel for Defendant and file proof of such service on ECF.

SO ORDERED.

Dated: June 25, 2020
New York, New York

_____
JESSE M. FURMAN
United States District Judge