```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
A.C., on behalf of herself and her minor child, J.V.,             :
                                                                  :
                              Plaintiff,                          :    20-CV-4807 (JMF)
                                                                  :
            -v-                                                   :        ORDER
                                                                  :
NEW YORK CITY DEPARTMENT OF EDUCATION                             :
et al.,                                                           :
                                                                  :
                              Defendants.                         :
                                                                  X
------------------------------------------------------------------
```

JESSE M. FURMAN, United States District Judge:

In light of the parties' joint letter dated July 9, 2020, ECF No. 15, it is hereby ORDERED that counsel for all parties appear for a conference with the Court on **September 17, 2020** at **3:00 p.m.** in **Courtroom 1105** of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York. By separate Order to be entered today, the Court is referring the matter to Magistrate Judge Robert W. Lehrburger (to whom the case was reassigned earlier today) for General Pretrial Purposes, including settlement. The parties should raise any issues regarding the need for discovery (in aid of settlement or otherwise) and settlement (including the need for a "service accounting") with Magistrate Judge Lehrburger.

All counsel are required to register promptly as filing users on ECF and to familiarize themselves with the SDNY ECF Rules & Instructions, which are available at https://www.nysd.uscourts.gov/electronic-case-filing. **All counsel must also familiarize themselves with the Court's Individual Rules, which are available at https://www.nysd.uscourts.gov/hon-jesse-m-furman.** Absent leave of Court obtained by letter-motion filed before the conference, all pretrial conferences must be attended by the attorney who will serve as principal trial counsel.

If this case has been settled or otherwise terminated, counsel are not required to submit such letter or to appear, provided that a stipulation of discontinuance, voluntary dismissal, or other proof of termination is filed on the docket prior to the date of the conference, using the appropriate ECF Filing Event. *See* SDNY ECF Rules & Instructions §§ 13.17-13.19 & App'x A, *available at* https://www.nysd.uscourts.gov/electronic-case-filing.

In accordance with the Court's Individual Rules and Practices, requests for an extension or adjournment may be made only by letter-motion filed on ECF and must be received at least 48 hours before the deadline or conference. The written submission must state (1) the original date(s); (2) the number of previous requests for adjournment or extension; (3) whether these

previous requests were granted or denied; (4) whether the adversary consents and, if not, the reasons given by the adversary for refusing to consent; and (5) the date of the parties' next scheduled appearance before the Court.  Unless counsel are notified that the conference has been adjourned, it will be held as scheduled.

**Counsel who have entered a notice of appearance as of the issuance of this order are directed (1) to notify counsel for all other parties in this action who have not yet appeared by serving upon each of them a copy of this order and the Court's Individual Rules and Practices forthwith, and (2) to file proof of such notice with the Court.**  If unaware of the identity of counsel for any of the parties, counsel receiving this order must forthwith send a copy of this order and the Court's Individual Rules and Practices to that party personally.

SO ORDERED.

Dated: July 13, 2020
New York, New York

_____
JESSE M. FURMAN
United States District Judge