# THE LAW OFFICE OF
# Elisa Hyman, P.C.

May 18, 2021

*BY ECF*
The Honorable Robert W. Lehrburger, U.S.M.J.
United States District Court - Southern District of New York
500 Pearl St.
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/18/2021
```

      Re:  *A.C. et al., v. New York City Department of Education, et al.,*
           20-cv-4807 (JMF)

Dear Judge Lehrburger:

     I represent the Plaintiffs in the above-referenced action and am writing jointly to respectfully request an adjournment of the settlement conference currently scheduled for May 25, 2021 at 9:30 am and a corresponding adjournment of today's deadline for the parties to submit their pre-conference submissions and Attendance Acknowledgment Forms.[1]  Docket Entry 41.  This is the parties' third adjournment request, and the Court granted the parties' first two requests.

     The parties would like the opportunity to engage in settlement discussions prior to any court conference and the drafting of any discovery schedule.  Since our last report to the court in March, however, the undersigned has had two family medical emergencies and Defendants' counsel was changed.  Defendants have provided Plaintiffs with an initial service accounting and Plaintiffs have requested additional information which Plaintiffs believe to be missing from the initial accounting, including information from a nonparty, non-public school that the Student attended during some of the school years in questions.  At this time, this information is needed before the parties can engage in a productive settlement conference with Your Honor. The extension of time therefore, will allow DOE to search for the additional service accounting records that Plaintiffs have requested and will also enable the parties to subpoena and receive the relevant records from the nonparty school.  For these reasons, the parties are requesting a 60-day adjournment of the settlement conference currently scheduled for May 25, 2021 to a date and time that is convenient for the Court during the week of July 26, 2021.

---

[1] As Your Honor may recall, this is an action *inter alia* pursuant to the Individuals with Disabilities Education Improvement Act, 20 U.S.C. § 1400 *et seq*., in which Plaintiff A.C. alleges that Defendants failed to implement impartial hearing orders over the course of several school years with regards to Plaintiff J.V., a young man with multiple disabilities.

1115 BROADWAY, 12TH FL.          42 WEST 24TH STREET, 2ND FLOOR
NEW YORK, NY 10010                          NEW YORK, NY 10010
WWW.SPECIALEDLAWYER.COM

Thank you for Your Honor's consideration of this request.

Respectfully Submitted,

*Erin O'Connor*
Erin O'Connor, Of Counsel
The Law Office of Elisa Hyman, P.C.
*Counsel for the Plaintiffs*

cc: Philip Frank, Esq., Counsel for Defendants, via ECF

Adjournment granted; a new date will be scheduled by the Courtroom Deputy.

SO ORDERED:
5/18/2021

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE